# IN THE SUPREME COURT OF THE STATE OF NEVADA

MEGA METALS AND IRON, A
NEVADA CORPORATION; SCOTT
PARRIS, AN INDIVIDUAL; MARIO
PLASCENSCIA, AN INDIVIDUAL; AND
DMITRY GORTOVNIK, AN
INDIVIDUAL, AND COLLECTIVELY
IN THEIR CAPACITY AS OWNERS
AND OFFICERS OF MEGA METALS
AND IRON,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
NANCY L. ALLF, DISTRICT JUDGE,
Respondents,
and
JOSEPH CHEN, AN INDIVIDUAL;
AND CELIA CHEN, AN INDIVIDUAL,
Real Parties in Interest.

No. 76974

FILED

OCT 12 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S.Young_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original petition for a writ of mandamus challenges a district court order denying a motion for partial judgment on the pleadings. Having considered the petition and appendix filed in this matter, we are not convinced that our extraordinary and discretionary intervention is warranted. *See* NRS 34.160; *Halverson v. Miller*, 124 Nev. 484, 487, 186 P.3d 893, 896 (2008) (recognizing that the decision to issue a writ of

18-40168

mandamus "is solely within this court's discretion" and that petitioner bears the burden to establish that such extraordinary relief is appropriate). We therefore

ORDER the petition DENIED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc:    Hon. Nancy L. Allf, District Judge
       Fennemore Craig, P.C./Las Vegas
       Laxalt & Nomura, Ltd./Reno
       Eighth District Court Clerk